IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

TALAT MAHMOOD and AMBER NAZ,

              Plaintiff,

v.

COMMONWEALTH LAND TITLE INSURANCE
COMPANY,

              Defendants.

-----------------------------------------------------------------X

Civil Action No.
1:2010-CV-04553 (NG)(JO)

**STIPULATION OF
DISMISSAL**

Come now Plaintiffs Talat Mahmood and Amber Naz ("Plaintiffs") and the Defendant Commonwealth Land Title Insurance Company ("Defendant"), and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the claims made against the Defendant by Plaintiffs in this proceeding are hereby dismissed with prejudice. Each side to bear their own costs.

| | |
|---|---|
| STEPHEN M. RYAN, P.L.L.C | FIDELITY NATIONAL LAW GROUP,<br>The Law Division of Fidelity National Law Group, Inc. |
| By: Stephen M. Ryan, Esq.<br>30700 Telegraph Road, Suite 2540<br>Bingham Farms, Michigan 48025-4527<br>Tel. (248) 723-8500<br>Fax (248) 723-8501<br>*Attorneys for Plaintiffs*<br>*Talat Mahmood and Amber Naz* | By: Amy Katcherian, Esq.<br>350 Fifth Avenue, Suite 3000<br>New York, NY 10118<br>Tel. (646) 432-8584<br>Fax (212) 594-8378<br>*Attorneys for Defendant Commonwealth Land Title Insurance Company* |

PLAINTIFFS:

_[signature]_
Talat Mahmood
Date: __10/4/11__

_[signature]_
Amber Naz
Date: __10/4/11__

DEFENDANT:

COMMONWEALTH LAND TITLE
INSURANCE COMPANY

By: _____
Title: _____
Date: _____

SO ORDERED:

s/NG
_____
Honorable Nina Gershon
Dated: __10-5-11__

2